Easy Care Acupuncture, P.C., as Assignee of Roberta Bennett, Appellant,
against
NY City Transit Authority, Respondent.




Gary Tsirelman, P.C. (Darya Klein of counsel), for appellant.
Foley, Smith, O'Boyle & Weisman (Aaron E. Meyer of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Richard J. Montelione, J.), entered March 23, 2016. The order granted defendant's motion for a change of venue from Kings County to New York County.




ORDERED that the order is affirmed, with $25 costs.
Plaintiff commenced this action in the Civil Court of the City of New York, Kings County, to recover assigned first-party no-fault benefits. Defendant moved to change the venue to New York County, arguing that since plaintiff had rendered the services to plaintiff's assignor at plaintiff's place of business in Elmont, New York, which is in Nassau County, plaintiff's cause of action arose outside of the City of New York and, thus, pursuant to CCA 304 (b), the action was required to be brought in New York County. Plaintiff opposed the motion, contending, among other things, that the cause of action arose at the Kings County post office box to which defendant was told to send payment, notwithstanding that the services had been rendered in Nassau County. By order entered March 23, 2016, the Civil Court granted defendant's motion to change the venue to New York County in accordance with CCA 304 (b).
Plaintiff's contention that its cause of action arose in Kings County because it utilized a post office box located in Kings County lacks merit. As the services were rendered in Nassau County, any entitlement plaintiff had to be paid for such services arose when and where the services were rendered. As plaintiff's remaining contentions are likewise without merit, the Civil Court properly granted defendant's motion to transfer the action to New York County (see CCA 304 [b]).
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 10, 2019